**DENIED and Opinion Filed August 30, 2024**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00956-CV

## IN RE INTEGRITY MARKETING GROUP, LLC, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01036-E**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

In this original proceeding, relator seeks mandamus relief from the trial court's order denying relator's motion to compel certain discovery. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude that relator has failed to demonstrate entitlement to the relief requested.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also deny as moot relator's emergency motion to stay the lower court proceedings.

/Craig Smith/
CRAIG SMITH
JUSTICE

240956F.P05